UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE INTERNATIONAL
BROTHERHOOD OF TEAMSTERS
LOCAL UNION NO. 854 HEALTH
AND WELFARE BENEFIT FUNDS
AND PENSION FUND,

          Plaintiff,

-vs-

JOFAZ TRANSPORTATION, INC.,

          Defendant.

---

GARAUFIS, J.

ORDER OF DISMISSAL
FOR FAILURE TO PROSECUTE

CV-05-493 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ JUN 3 0 2005 ★
BROOKLYN OFFICE

It is hereby **ORDERED** that the captioned case is dismissed without prejudice, for failure to prosecute. No further proceedings have been commenced by any party since FEBRUARY 23, 2005 and no explanation for the lack of proceedings has been filed and approved by the Court.

It is further **ORDERED** that the Clerk of the Court mail a copy of this order to all parties and mark the case closed.

SO ORDERED.

_____
NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:    Brooklyn, N.Y.
               June 30, 2005