UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE INTERNATIONAL
BROTHERHOOD OF TEAMSTERS
LOCAL UNION NO. 854 HEALTH
AND WELFARE BENEFIT FUNDS
AND PENSION FUND,

                        Plaintiff,

-against-

JOFAZ TRANSPORTATION, INC.,

                        Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 0493 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 0 7 2005 ★
BROOKLYN OFFICE

      An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on June 30, 2005, dismissing the case without prejudice for failure to prosecute; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered dismissing the case without prejudice for failure to prosecute.

Dated: Brooklyn, New York
       July 05, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court